No. 82–1398. M/V POLLUX ET AL. *v.* GOODPASTURE, INC., 460 U. S. 1084. Petition for rehearing denied.

No. 81–523. CONTAINER CORPORATION OF AMERICA *v.* FRANCHISE TAX BOARD, 463 U. S. 159. Petition for rehearing denied. JUSTICE STEVENS took no part in the consideration or decision of this petition.

OCTOBER 13, 1983

No. 82–1959. ARNOLD INDUSTRIES, INC., ET AL. *v.* STICKLER. C. A. 10th Cir. Certiorari dismissed under this Court's Rule 53.

OCTOBER 17, 1983

No. 83–468. BURLINGTON NORTHERN RAILROAD CO. *v.* UNITED STATES ET AL. C. A. D. C. Cir. Certiorari dismissed under this Court's Rule 53.

No. 82–1493. HEALY ET AL. *v.* UNITED STATES BREWERS ASSN., INC., ET AL. Affirmed on appeal from C. A. 2d Cir. JUSTICE WHITE, JUSTICE REHNQUIST, and JUSTICE O'CONNOR would note probable jurisdiction and set case for oral argument. JUSTICE POWELL took no part in the consideration or decision of this case.

No. 82–6798. AUCLAIR *v.* WYOMING. Appeal from Sup. Ct. Wyo. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 83–292. CLOONEY *v.* TOWN OF HARRISVILLE. Appeal from C. A. 1st Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.